ACCEPTED
01-15-00377-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 12:46:01 PM
CHRISTOPHER PRINE
CLERK

## IN THE FIRST COURT OF APPEALS FOR THE STATE OF TEXAS

**Henry Guedes Pages,**
**Appellant**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 12:46:01 PM

**v.**

NO: 01-15-00377-CR CHRISTOPHER A. PRINE
Clerk

**THE STATE OF TEXAS**

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:**

NOW COMES Karen E. Oprea and hereby files this appearance as attorney of record for Henry Guedes Pages, having been appointed this morning to represent Mr. Pages in his appeal of his conviction under Cause No. C-1-CR-14-400141 in Travis County, TX.

Respectfully submitted,

By: /s/ Karen E. Oprea_____

Karen E. Oprea
SBN: #24090307
Email: karen.oprea@opreaweberlaw.com
The Law Office of Oprea & Weber
501 N. IH-35
Austin, Texas 78702
Tel: (512) 485-3003
Fax: (512) 597-1658
Court-Appointed Attorney for Appellant

### CERTIFICATE OF SERVICE

I hereby certify, that a true and correct copy of the above and foregoing Notice of Appearance of Counsel was sent by email to Attorney for Appellee, David A. Escamilla, at tcappellate@traviscountytx.gov.

/s/ Karen E. Oprea
Karen E. Oprea